Before JONES and BROWN, Circuit Judges, and CARSWELL, District Judge.

PER CURIAM.

The district judge directed a verdict for the defendant, the appellee here, in an action for damages for personal injuries sustained by the plaintiffs, the appellants here, when their automobile failed to negotiate a highway curve and ran into a bulldozer parked off the highway. The principles stated by this Court in McClendon v. T. L. James & Company, Inc., 5 Cir., 1956, 231 F.2d 802, are controlling here. See also Thompson v. City of Houma, 5 Cir., 1935, 76 F.2d 793. The judgment of the district court is

Affirmed.

Benjamin KATZOFF d/b/a Empire Refrigeration & Appliance Co., Faye August, as Administratrix for the Estate of Harold August d/b/a Jo-Mart, Emanuel Salkind d/b/a Melody Television Company, Harold Kaufman d/b/a N. & H. Radio, Rajah Appliance Corp., Robert Harrison d/b/a Roda Radio Sales & Service, New York Credit Men's Adjustment Bureau, Inc., as Trustee for Stamwhite Appliance, Inc., Bankrupt, John LaRock and Frank LaRock d/b/a United Radio Lab., Zinn Distributing Corporation, Presto Television, Inc. and John Pristas d/b/a Corona Appliance Co., suing on behalf of themselves and all others similarly situated, Plaintiffs-Appellants,

v.

ADMIRAL CORPORATION and Admiral Corporation New York Distributing Division, Inc., Defendants-Appellees.

No. 170, Docket 26498.

United States Court of Appeals
Second Circuit.

Argued Jan. 16, 1961.

Decided Jan. 30, 1961.

Robert E. Nickerson, Greenwich, Conn. (Ivey, Barnum, O'Mara & Nickerson, Greenwich, Conn., and J. Robert Ellner, New York City, on the brief), for plaintiffs-appellants.

William D. Friedmann, New York City (O'Brien, Driscoll & Raftery, and George A. Raftery, New York City, on the brief), for defendants-appellees.

Before MEDINA, FRIENDLY and SMITH, Circuit Judges.

PER CURIAM.

We find in the record before us no basis for holding there was any abuse of discretion in the making of the orders appealed from.

Affirmed.

Walter HALL, Appellant,
v.
AETNA CASUALTY & SURETY COMPANY, Appellee.

No. 18341.

United States Court of Appeals
Fifth Circuit.

Feb. 9, 1961.

Rehearing Denied March 14, 1961.

Edgar Corey, New Orleans, La., for appellant.

John T. Cooper, New Orleans, La., Adams & Reese, New Orleans, La., for appellee.